Law Offices of Michael V. Calabro
(001201986)
475 Bloomfield Ave.
Newark, New Jersey 07107
Attorney for Defendant, Kevin Jackson

|  |  |  |
|---|---|---|
| United States of America<br><br>Plaintiff,<br>vs.<br><br>Kevin Jackson,<br><br>Defendant, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Docket No.:21-10198<br><br>*CRIMINAL ACTION*<br><br>CERTIFICATION |

I, Kevin Jackson, of full age, do hereby Certifica as follows:

1) I submit this Certification in support of the motion to revoke the Order of pre-trial detention and to allow for my release to home detention with conditions;

2) A stated reason for my continued detention is that I was initally on New Jersey State Parole status, and therefore could not be released. This impediment is no longer in place as I received my final discharge from New Jersey State Parole on February 10, 2022.
**( EXHIBIT A );**

3) My wife, Patricia Jackson is alone and physically infirm. She is in desperate need for hip replacement surgery. She has postponed the operation as she would have no one to care for her during her post –operative convalescence in our home. **(EXHIBIT B )**

4) I have a responsible party who has agreed to sign a bond to assure my continued court appearances until this matter is adjudicated. Her name is Keisha M. Mitchell, her Date of Birth is: October 8, 1978, her Social Security number is: xxx-xx-1304; she resides at 198 Woodbridge Ave. Metchen, New Jersey and she is a 10 year employee of the United States Postal Service.

5) The residence I intend to reside in with my wife is located at 442 W. Milton Avenue, Rahway, New Jersey 07065. The home has a telephone landline to facilitate electronic monitoring.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ *Kevin Jackson*

Kevin Jackson

# Exhibit A



**State of New Jersey**
DEPARTMENT OF CORRECTIONS
WHITTLESEY ROAD
PO BOX 863
TRENTON NJ 08625-0863

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

VICTORIA L. KUHN, ESQ.
*Acting Commissioner*

# NJ DOC COUNTY JAIL RELEASE MEMORANDUM
## RE: JACKSON, Kevin – 267303B/241819

**TO:** Essex County Corrections
Records Department
Fax#: (973) 247 – 6969/6910

**FROM:** Mr. David W. Richards
Acting Administrator
Garden State Youth Correctional Facility

**DATE:** January 31, 2022

---

Please note that the above stated inmate is scheduled to be released via his Maximum Expiration Date - **February 10, 2022**. Attached, please find the Final Discharge stating as such.

Subject is no longer under the jurisdiction of the Care and Custody of the Commissioner of the New Jersey Department of Corrections.

Thank you.

*New Jersey Is An Equal Opportunity Employer – Printed on Recycled and Recyclable Paper*



## State of New Jersey
DEPARTMENT OF CORRECTIONS
WHITTLESEY ROAD
PO BOX 863
TRENTON NJ 08625-0863

**PHILIP D. MURPHY**
GOVERNOR

**SHEILA Y. OLIVER**
LT. GOVERNOR

**VICTORIA L. KUHN, ESQ.**
ACTING COMMISSIONER

## GARDEN STATE CORRECTIONAL FACILITY
## YARDVILLE, NEW JERSEY

### FINAL DISCHARGE

**KNOW ALL MEN BY THESE PRESENT:**

That **JACKSON, Kevin    SBI#: 267303B    NJSP#: 241819** convicted and sentenced in the Court of:

| COUNTY/INDICTMENT | JUDGE | DATE | TERM |
|---|---|---|---|
| BURLINGTON/91-10-00816-I | GAYDOS | 2/21/1992 | 10 YEARS |
| CAMDEN/96-04-01346-I | NATAL | 10/11/1996 | 20 YEARS (C/C) |
| CAMDEN/96-04-00363-Z | NATAL | 10/11/1996 | 20 YEARS (C/C) |
| CAMDEN/95-11-03016-I | NATAL | 10/11/1996 | 50 YEARS (C/C) |
| CAMDEN/96-04-01071-I | NATAL | 10/11/1996 | 20 YEARS (C/C) |

Is hereby discharged from the *Garden State Youth Correctional Facility – Yardville, New Jersey*, this day of: **February 10, 2022** by reason of expiration of his maximum sentence.

Mr. David W. Richards
Acting Administrator

CC:    Revenue Section
       CICS
       ORU
       Location: **G.Y.C.F./CJ - ES**

# EXHIBIT B



**Gregory P. Charko, MD**

Diplomate of ABOS

Fellow of AAOS

**John W. King, DO**

Diplomate of ABOB

Fellow of AAOS

re: Patricia Jackson

7/21/2020

Dear Dr Chen,

Patricia has a very painful end stage arthritic right hip. She needs a total hip replacement but her BMI is 47. We will not do the replacement due to the increased risk until her BMI comes down to 40. She has to lose at least 45 pounds. That will take quite a few months. In the interim she will probably need to have her pain medication increased.

Thank you

Charko, MD

975 Lehigh Ave., Union, NJ 07083    Phone (908) 626-1488    Fax (908) 687-7686  www.opsbonedocs.com